# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHERYL GAFFNER,<br><br>  Plaintiff,<br><br>vs.<br><br>STRATTON RESTORATION, LLC,<br><br>  Defendant. | CV-15-02166-PHX-JAT<br><br>**ORDER** |

   Plaintiff having filed a Stipulation for Extension of Time and good cause appearing,

   **IT IS ORDERED** that the Stipulation (Doc. 12) is granted such that the Rule 16(b) conference has been rescheduled for to June 15, 2016 at 11:00 a.m.  All other deadlines in the Court's Order (Doc. 10) will be calculated from that date.

   Dated this 31st day of March, 2016.

_[signature]_
James A. Teilborg
Senior United States District Judge