H. Lee Dove, State Bar #010845
Douglas N. Nelson, State Bar #016678
EVANS, DOVE & NELSON, P.L.C.
2650 East Southern Avenue
Mesa, Arizona  85204
Telephone:  480-926-8600
Facsimile:  480-926-8985
Email:  ldove@ednlaw.com
Email:  douglas.n.nelson@azbar.org

*Attorneys for Defendant Stratton Restoration, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHERYL GAFFNER,<br><br>                         Plaintiff,<br><br>vs.<br><br>STRATTON RESTORATION, LLC,<br><br>                         Defendant. | CV-15-02166-PHX-JAT<br><br>**STIPULATION FOR EXTENSION OF TIME OF DISCOVERY DEADLINES (FIRST REQUEST)** |

The Parties, by and through undersigned counsel, hereby stipulate to an extension of time for the discovery deadlines detailed below.  The Parties stipulate that they are requesting this stipulation pursuant to Civil Local Rule 7.3. An extension of case management deadlines is necessary in this case where, Defendant has acquired new counsel and extra time is needed to complete discovery in this case.  The Parties request that the Court grant an extension of time on the following deadlines:

1. **Disclosure of expert testimony under Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure:**

    Plaintiff:   Move deadline to March 27, 2017

    Defense:   Move disclosure deadline to April 27, 2017

    Plaintiff's Rebuttal expert disclosure, if any:  Move disclosure deadline to May 26, 2017

2. **Mediation Deadline.** The Parties request that the deadline to complete mediation be moved until March 28, 2017.

3. **Discovery Deadline.** The Parties request to move the deadline to August 28, 2017.

4. **Filing dispositive motions:** The Parties request to move the deadline for filing dispositive motions to October 20, 2017.

5. **Date Parties expect to be ready for trial.** The Parties request that the estimated date the Parties expect to be ready for trial be moved until February 1, 2018.

**(See Proposed Order attached hereto.)**

**RESPECTFULLY SUBMITTED** this 30th day of January, 2017.

        **EVANS, DOVE & NELSON, P.L.C.**
By:   /s/ H. Lee Dove
      H. Lee Dove
      Douglas N. Nelson
      Attorneys for Defendant Stratton Restoration, LLC

      **COMMUNITY LEGAL SERVICES**
      */S/Amanda M. Caldwell*
      Amanda M. Caldwell
      Nina Targovnik
      Pamela M. Bridge
         *Attorneys for Plaintiff Cheryl Gaffner*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants this 30th day of January, 2017 and mailed a copy of the same to the following if non-registrants:

Nina Targovnik, **(022298)**
ntargovnik@clsaz.org
Amanda M. Caldwell, **(032029)**
acaldwell@clsaz.org
Pamela M. Bridge, **(018252)**
pbridge@clsaz.org
 **COMMUNITY LEGAL SERVICES**
305 South Second Avenue
Phoenix, Arizona 85003
Telephone: (602) 258-3434, ext. 2290
Facsimile: (602) 258-4628
*Attorneys for Plaintiff Cheryl Gaffner*


    /S/Ann M. Mance

1
2
3
4
5
6
7
8
9   **IN THE UNITED STATES DISTRICT COURT**
10  **FOR THE DISTRICT OF ARIZONA**
11

| | |
|---|---|
| CHERYL GAFFNER, | |
| Plaintiff, | CV-15-02166-PHX-JAT |
| vs. | **[PROPOSED] ORDER** |
| STRATTON RESTORATION, LLC, | |
| Defendant. | |

This matter having come before the Court upon stipulation by the parties for an enlargement of time for the following case management deadlines:

1. **Disclosure of expert testimony under Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure:**

    Plaintiff:   Move deadline to March 27, 2017

    Defense:   Move disclosure deadline to April 27, 2017

    Plaintiff's Rebuttal expert disclosure, if any:   Move disclosure deadline to May 26, 2017

2. **Mediation Deadline.** The Parties request that the deadline to complete mediation be moved until March 28, 2017.

3. **Discovery Deadline.**  The Parties request to move the deadline to August 28, 2017.

4. **Filing dispositive motions:**  The Parties request to move the deadline for filing dispositive motions to October 20, 2017.

  **Date Parties expect to be ready for trial.** The Parties request that the estimated date the Parties expect to be ready for trial be moved until February 1, 2018.

This Court having reviewed the file herein, noting the stipulation of counsel hereto, and being otherwise duly advised, it is hereby ordered that the enlargement of time of the aforementioned deadlines is Granted.

Dated _____          _____
                     James A. Teilborg
                     Senior United States District Judge