IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHERYL GAFFNER,<br><br>           Plaintiff,<br><br>vs.<br><br>STRATTON RESTORATION, LLC,<br><br>           Defendant. | CV-15-02166-PHX-JAT<br><br>**ORDER** |

This matter having come before the Court upon stipulation by the parties for an enlargement of time for the following case management deadlines, **IT IS ORDERED that** the stipulation (Doc. 32) is granted as follows:

1. **Disclosure of expert testimony under Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure:**

    Plaintiff:    March 27, 2017

    Defense:    April 27, 2017

    Plaintiff's Rebuttal expert disclosure, if any: May 26, 2017

2. **Discovery Deadline:** August 28, 2017

3. **Filing dispositive motions:**  October 20, 2017.

As the Court cautioned at the Rule 16 conference, the Court will not permit the dispositive motion deadline to extend beyond the two year anniversary of the filing of the complaint.  Because this extension takes the parties up to this deadline, there will be **NO FURTHER EXTENSIONS** of these deadlines.

Dated this 30th day of January, 2017.

James A. Teilborg
Senior United States District Judge